UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-60-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CRAIG FRANKLIN WILLIAMS | ) |

ORDER GRANTING
MOTION TO SEAL

THIS MATTER is before the Court on defendant's motion to file his sentencing memorandum, attachments, exhibits, and character letters under seal.

FOR GOOD CAUSE SHOWN, defendant' motion is hereby GRANTED.

SO ORDERED this the  27th  day November, 2017.

_____
Louise W. Flanagan,
United States District Judge